AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

___U.S.___
*Plaintiff*
v.
___Woojae Jung___
*Defendant*

Case No. 18 mag 4640

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Woojae Jung___

Date: __6/22/18__

_____
*Attorney's signature*

___Rodney Villazor___
*Printed name and bar number*

___1700 Broadway Ste 2801___
*Address*

___rodney.villazor@smithvillazor___
*E-mail address*

___212-706-1872___
*Telephone number*

_____
*FAX number*