UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong
Clerk of Court

General Court Number
415-522-2000

May 31, 2018

U.S. District Court Southern District of New York
500 Pearl street
New York, NY 10007-1312

Case Name:     USA v. Jung
Case Number:   18-mj-70737-JCS-1
Charges:       15:78j(b) & 78ff; 17CFR 240.10b-5; and 18:371 & 2 - Conspiracy to commit securities fraud and securities fraud relating to an insider trading scheme

Dear Clerk:

The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph C. Spero. The following action has been taken:

( )   The U.S. Marshal has been ordered to remove this defendant to your district forthwith.

(X)   The defendant has a court appearance in your court on : 6/22/2018 w/Pretrial Svcs

Enclosed are the following documents:

(X)   Original Rule 5 affidavit
(X)   Original minute orders (Order of removal in minutes)
(X)   Certified copy of AO 94, *Commitment to Another District*
(X)   Other miscellaneous documents

Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Susan Y. Soong, Clerk

By: _____
Mark Jenkins, Case Systems Administrator
415-522-2000

------

Receipt of the above-described documents is acknowledged herewith and assigned case number: _____.

Date: _____

                                   By: _____
                                              Deputy Clerk

CLOSED

# U.S. District Court
## California Northern District (San Francisco)
## CRIMINAL DOCKET FOR CASE #: 3:18-mj-70737-JCS All Defendants
### Internal Use Only

Case title: USA v. Jung  
Other court case number: 18 MAG 4640 Southern District of New York

Date Filed: 05/31/2018  
Date Terminated: 05/31/2018

Assigned to: Magistrate Judge Joseph C. Spero

**Defendant (1)**

**Woojae Jung**  
*TERMINATED: 05/31/2018*  
*also known as*  
Steve Jung  
*TERMINATED: 05/31/2018*

represented by **Casey Thomas O'Neill**  
Fenwick & West LLP  
555 California Street  
13th Floor  
San Francisco, CA 94104  
415-875-2027  
Fax: 415-281-1350  
Email: coneill@fenwick.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

ECF DOCUMENT  
I hereby attest and certify this is a printed copy of a document which was electronically filed with the United States District Court for the Northern District of California.  
Date Filed: 6-1-18  
SUSAN Y. SOONG, Clerk  
By: _____, Deputy Clerk  
MARK J. JENKINS

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

15:78j(b) & 78ff; 17CFR 240.10b-5; and
18:371 & 2 - Conspiracy to commit
securities fraud and securities fraud
relating to an insider trading scheme

**Plaintiff**

**USA**                                             represented by   **Robert David Rees**
                                                                     U.S. Attorneys Office
                                                                     450 Golden Gate Avenue
                                                                     11th Floor
                                                                     San Francisco, CA 94102
                                                                     415-436-7200
                                                                     Fax: 415-436-7234
                                                                     Email: robert.rees@usdoj.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*
                                                                     *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/31/2018 | 1 | Notice of Proceedings on Out-of-District Criminal Charges Pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure as to Woojae Jung (1). (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
| 05/31/2018 |   | Arrest of Woojae Jung in Northern District of California. (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
| 05/31/2018 | 2 | Minute Entry for proceedings held before Magistrate Judge Joseph C. Spero: Initial Appearance as to Woojae Jung held on 5/31/2018; Added attorney Casey Thomas O'Neill for Woojae Jung. Government's oral motion to Unseal Entire Case is Granted. Defendant waived his Identity Hearing. Issued Appearance Bond. Order removed to the Southern District of New York (Pretrial Services). Defendant to appear before Pretrial in Southern District of New York on 6/22/2018 by 5:00 pm. FTR Time 9:34-9:34 & 10:36-10:53. Pretrial Officer: Brad Wilson. Defendant Present: Yes. Defendant in Custody: Yes. (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
| 05/31/2018 | 3 | **ORDER Setting Conditions of Release and Appearance Secured by $100,000 cash Bond by 6/8/2018 Entered as to Woojae Jung in amount of $ 500,000. Signed by Magistrate Judge Joseph C. Spero on 5/31/2018.** (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
| 05/31/2018 | 4 | **Stipulated ORDER Excluding Time Under the Speedy Trial Act from 5/31/2018 to 6/22/2018 as to Woojae Jung. Signed by Magistrate Judge Joseph C. Spero on 5/31/2018.** (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |

| 05/31/2018 | 5 | CLERK'S NOTICE - Rule 5 documents forwarded to Southern District of New York via USPS as to Woojae Jung (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
|---|---|---|
| 05/31/2018 | 🔒 | (Court only) ***Terminated defendant Woojae Jung, pending deadlines, and motions., ***Case Terminated as to Woojae Jung (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 05/31/2018) |
| 05/31/2018 | 6 | **ORDER Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail as to Woojae Jung. Signed by Magistrate Judge Joseph C. Spero on 5/31/2018. (mjj2S, COURT STAFF) (Filed on 5/31/2018) (Entered: 06/01/2018)** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>v.<br><br>WOOJAE JUNG,<br><br>Defendants. | Case No. 3:18-MJ-70737-JCS-1<br><br>Charging District: Southern District of NY<br>Charging District's Case No.: 18 MAG 4640 |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: Daniel Patrick Moynihan<br>United States Courthouse<br>United States Pretrial Services<br>500 Pearl Street, Room 550<br>New York, NY 10007-1312 | Courtroom No.: |
|---|---|
| | Date and Time: June 22, 2018 no later than 5:00 PM. |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: May 31, 2018

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California
By_____
Deputy Clerk
Date 6-1-18

JOSEPH C. SPERO
Chief Magistrate Judge

MARK J. JENKINS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

United States of America, )  Case No. CR 3:18-MJ-70737 JCS-1
  )
  Plaintiff, )  STIPULATED ORDER EXCLUDING TIME
  v. )  UNDER THE SPEEDY TRIAL ACT
  )
Woojae Jung, )  **FILED**
  )
  Defendant. )  MAY 3 1 2018
  )  SUSAN Y. SOONG
    CLERK, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA

For the reasons stated by the parties on the record on  5/31/ , 2018, the Court excludes time under the Speedy Trial Act from  5/31/ , 2018 to  6/22/ , 2018 and finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A). The Court makes this finding and bases this continuance on the following factor(s):

____  Failure to grant a continuance would be likely to result in a miscarriage of justice.
      See 18 U.S.C. § 3161(h)(7)(B)(i).

__X__ The case is so unusual or so complex, due to [check applicable reasons] ____ the number of defendants, __X__ the nature of the prosecution, or ____ the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by this section. See 18 U.S.C. § 3161(h)(7)(B)(ii).

____  Failure to grant a continuance would deny the defendant reasonable time to obtain counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

____  Failure to grant a continuance would unreasonably deny the defendant continuity of counsel, given counsel's other scheduled case commitments, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

__X__ Failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS SO ORDERED.**

DATED: 5/31/18

_____
JOSEPH C. SPERO
Chief Magistrate Judge

STIPULATED:  _____    _____
             Attorney for Defendant         Assistant United States Attorney

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 5/31/18 | CASE NUMBER 3-18-70737 JCS |
|---|---|---|---|
| NAME OF DEFENDANT WOOJAE JUNG | | ADDRESS OF DEFENDANT 110 CHANNEL ST. #633, SF, CA 94158 | TELEPHONE NUMBER |
| NAME OF SURETY Weon Jiv Jung | RELATIONSHIP TO DEFENDANT Wife | ADDRESS OF SURETY 110 Channel St. #633, SF CA 94158 | TELEPHONE NUMBER |
| NAME OF CUSTODIAN SAME | RELATIONSHIP TO DEFENDANT | ADDRESS OF CUSTODIAN SAME | TELEPHONE NUMBER 646-724-0909 (Defendant) 215-407-2336 (wife) |

| AMOUNT OF BOND $500,000 | ☐ UNSECURED | ☒ SECURED BY $100,000 cash by 6/8/18 | ☐ DEPOSIT RECEIVED RECEIVED FROM: | OTHER SECURITY POSTED 110 CHANNEL ST. #633 SF, CA, 94158 TO BE POSTED BY: 6/8/18 | TIME/DATE OF NEXT APPEARANCE 6/22/18 AT 5:00PM | COURTROOM/JUDGE PRETRIAL SERVICES, SDNY |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked.

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☐ Defendant shall not travel outside the Northern District of California, that is, these counties; Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in SAN FRANCISCO
See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to Pretrial Services by 5/31/18 and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☒ Defendant shall remain in the custody of custodian Weon Jiv Jung at 110 CHANNEL ST. #633, SF, CA 94158, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☐ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ The Defendant shall maintain current verifiable employment, or if unemployed, the defendant shall seek employment or commence an educational program as directed by Pretrial Services.
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☐ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
☐ Defendant must ☐ reside in Halfway House _____ ☐ participate in Residential Treatment _____
☒ The following conditions also apply:

DEFENDANT SHALL NOT LEAVE THE UNITED STATES
DEFENDANT SHALL NOT TRAVEL OUTSIDE CALIFORNIA AND NEW YORK, and flights in between CA & NYC

FILED
MAY 31 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.

An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.

Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.

We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

| SIGNATURE OF DEFENDANT | SIGNATURE(s) OF SURETY(ies) | |
|---|---|---|
| SIGNATURE OF CUSTODIAN | SIGNATURE OF MAGISTRATE JUDGE JOSEPH C. SPERO UNITED STATES MAGISTRATE JUDGE | DATE 5/31/18 |

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY. ▶

1-CLERK OF THE COURT-WHITE COPY

| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 17 M | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Karen L. Hom | | | REPORTER/FTR<br>FTR: 9:34-9:34 & 10:36-10:53 | |
| MAGISTRATE JUDGE<br>JOSEPH C. SPERO | | DATE<br>May 31, 2018 | | | NEW CASE ☐ | CASE NUMBER<br>3:18-MJ-70737-JCS-1 |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT<br>Woojae Jung | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Casey O'Neill, retained | | PD. ☐   RET. ☒<br>APPT. ☐ |
| U.S. ATTORNEY<br>Robert Rees | | INTERPRETER<br>NA | | ☐ FIN. AFFT<br>SUBMITTED | ☐ ~~COUNSEL APPT'D~~<br>for proceedings here in SF. | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | ☐ DEF ELIGIBLE FOR<br>APPT'D COUNSEL | ☐ PARTIAL PAYMENT<br>OF CJA FEES | ☐ |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | | |
|---|---|---|---|---|---|---|---|
| ☒ INITIAL APPEAR<br>Rule 5 SDNY | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | | ☐ STATUS<br>☐ TRIAL SET |
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ IA REV PROB. or<br>or S/R | | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | | ☐ ATTY APPT<br>HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☒ ADVISED<br>OF RIGHTS | ☒ ADVISED<br>OF CHARGES | ☐ NAME AS CHARGED<br>IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON<br>INFORMATION | ☐ ARRAIGNED ON<br>INDICTMENT | ☒ READING WAIVED<br>SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED<br>ON O/R | ☒ ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ 500,000 | SPECIAL NOTES<br>Post by 6/8/18 | ☒ PASSPORT<br>SURRENDERED<br>DATE: 5/31/18 |
| PROPERTY TO BE POSTED<br>☒ CASH $ 100,000 | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☒<br>110 Channel St., Unit 633, SF, CA 94158 | |

| ☐ MOTION<br>FOR<br>DETENTION | ☐ PRETRIAL<br>SERVICES<br>REPORT | ☐ DETAINED | ☒ RELEASED | ☐ DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | ☐ REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF  Southern District of New York (Pretrial Services)

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT<br>ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE<br>REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT<br>FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO:<br>6/22/18 | ☐ ATTY APPT<br>HEARING | ☐ BOND<br>HEARING | ☐ STATUS RE:<br>CONSENT | ☐ TRIAL SET |
| AT:<br>by 5:00 PM | ☐ SUBMIT FINAN.<br>AFFIDAVIT | ☐ PRELIMINARY<br>HEARING | ☐ CHANGE OF<br>PLEA | ☐ STATUS |
| ~~BEFORE HON.~~<br>Pretrial in SDNY | ☐ DETENTION<br>HEARING | ☐ ARRAIGNMENT | ☐ MOTIONS | ☐ JUDGMENT &<br>SENTENCING |
| ☒ TIME WAIVED | ☒ TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | ☐ IDENTITY /<br>REMOVAL<br>HEARING | ☐ PRETRIAL<br>CONFERENCE | ☐ PROB/SUP REV.<br>HEARING |

**ADDITIONAL PROCEEDINGS**

Gov't Oral Motion to Unseal Entire Case - Granted. Dft waived his Identity Hrg. FBI Agent will surrender passport to PTS.

DOCUMENT NUMBER: 2-MJO

| | |
|---|---|
| 1  ALEX G. TSE (CABN 152348)<br>Acting United States Attorney | FILED |
| 2 | |
| 3  BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division | MAY 31 2018 |
| 4  ROBERT DAVID REES (CABN 229441)<br>Assistant United States Attorney | SUSAN Y. SOONG<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7210
FAX: (415) 436-7234
Email: robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WOOJAE JUNG,<br>  a/k/a Steve Jung,<br><br>    Defendant. | CRIMINAL NO.  3  18-70737<br><br>NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on May 31, 2018, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

☐  Indictment

☐  Information

X  Criminal Complaint

☐  Other (describe) _____

pending in the Southern District of New York, Case Number 18 MAG 4640.

//

//

1 - MJ

Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno: Andrew Thomas (212-637-2106)

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br>Woojae Jung,<br>a/k/a "Steve Jung,"<br><br>*Defendant* | Case No. 18 Mag. |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Woojae Jung a/k/a "Steve Jung"

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count One: Conspiracy to commit securities fraud (18 U.S.C. 371, 15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5)
Count Two: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)
Count Three: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)
Count Four: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)
Count Five: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)
Count Six: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)
Count Seven: Securities fraud (15 U.S.C. 78j(b) & 78ff, 18 C.F.R. 240.10b-5, 18 U.S.C. 2)

Date:   05/30/2018

*Issuing officer's signature*

City and state:   New York, New York

Hon. Sarah Netburn, U.S.M.J.
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)*  _____

Date: _____

*Arresting officer's signature*

*Printed name and title*